JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:   702/948-8773

*Attorney for Defendant*
*One Nevada Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO CHAVARRIA,<br><br>    Plaintiff,<br><br>vs.<br><br>ONE NEVADA CREDIT UNION; EQUIFAX INFORMATIONS SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC;<br><br>    Defendants. | Case No.: 2:17-cv-02010-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT ONE NEVADA CREDIT UNION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff Francisco Chavarria ("Plaintiff") and Defendant One Nevada Credit Union ("Defendant") state the following:

1. The Complaint was filed July 24, 2017. (ECF No. 1).

2. Defendant was served on July 26, 2017.

3. Pursuant to Fed. R. Civ. P. 12, Defendant has 21 days to file a response to the Complaint, or until August 16, 2017.

4. Defendant has recently retained counsel.

. . .

. . .

5. To allow Defendant's counsel to conduct a preliminary investigation of the Complaint's allegations and prepare a response, the parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint from August 16, 2017 to September 1, 2017.

**IT IS SO AGREED AND STIPULATED.**

Dated: August 16, 2017.

| | |
|---|---|
| PAYNE LAW FIRM LLC | SANTORO WHITMIRE |
| */s/ Sean Payne* | */s/ James E. Whitmire* |
| Sean N. Payne (Nev. Bar No. 13216) | James E. Whitmire (Nev. Bar No. 6533) |
| 9550 S. Eastern Ave. Suite 253-A213 | 10100 W. Charleston Blvd., Suite 250 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| Tel. 702.952.2733 | Tel: 702.948.8771 |
| E-mail: seanpayne@spaynelaw.com | E-mail: jwhitmire@santoronevada.com |
| | *Attorney for Defendant One Nevada Credit Union* |

David H. Krieger (Nev. Bar No. 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel. 702. 880.5554
E-mail: dkrieger@hainesandkrieger.com

Matthew I Knepper (Nev. Bar No. 12796)
Miles N. Clark (Nev. Bar No. 13848)
KNEPPER & CLARK, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, Nevada 89129
Tel. 702.825.6060
E-mail:matthew.knepper@knepperclark.com
      miles.clark@knepperclark.com

*Attorneys for Plaintiff Francisco Chavarria*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-16-2017