Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO CHAVARRIA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE NEVADA CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:17-cv-02010-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an additional extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Francisco Chavarria has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 16, 2017 through and including **August 30, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint is intended to facilitate settlement discussions. This stipulation is filed in good faith

4810-9568-2125

and not intended to cause delay.

Respectfully submitted this 17th day of August, 2017.

SNELL & WILMER LLP

By: /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Equifax Information Services LLC*

PAYNE LAW FIRM LLC

By: /s/ Sean N. Payne, Esq.
Sean N. Payne, Esq.
Nevada Bar No. 13216
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123

HAINES & KRIEGER, LLC

By: /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 8-21-2017

- 2 -

4810-9568-2125