Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO CHAVARRIA,<br><br>Plaintiff,<br>v.<br><br>ONE NEVADA CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendants. | Case No. 2:17-cv-02010-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Francisco Chavarria and Defendant One Nevada Credit Union ("ONCU"), by and through their respective counsel of record, hereby stipulate and agree to dismiss Plaintiff's claims against ONCU, with prejudice. Each party will bear their own fees and costs.

IT IS SO STIPULATED.

| Dated: March 13, 2018. | Dated: March 13, 2018. |
|---|---|
| **PAYNE LAW FIRM LLC** | **SANTORO WHITMIRE** |
| */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123 | */s/ James E. Whitmire*<br>James E. Whitmire, Esq.<br>Nevada Bar No. 6533<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, NV 89135 |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129 | *Attorneys for Defendant One Nevada Credit Union* |
| David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123 | |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

DATED: 3/13/2018  _____
UNITED STATES DISTRICT COURT JUDGE